UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

MARIA A. PEÑA-CORNELIO

V.                           CIVIL NO. 98-1957 (RLA)

AUDIOVISUAL LANGUAGES
OF P.R., INC., et al.

O R D E R

| MOTION | RULING |
|---|---|
| **Date Filed:** 12/20/99  **Docket # 29**<br>[X] Plaintiff<br><br>**Title: Motion Requesting Imposition of Sanctions** | Unless previously provided, IT IS HEREBY ORDERED that defendant shall, **on or before December 28, 1999,** answer the interrogatories and provide the documents requested by plaintiff on September 21, 1999.<br><br>Failure to comply shall result in the imposition of sanctions, including but not limited to the entry of default.<br><br>This order shall be notified by FAX to counsel of record. |

December 22, 1999                RAYMOND L. ACOSTA
      Date                       U.S. District Judge

Rec'd:          EOD:

By:           #30