IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

MARIA A. PEÑA-CORNELIO,

    Plaintiff,

v.    CIVIL NO. 98-1957 (RLA)

AUDIO VISUAL LANGUAGES OF
PUERTO RICO, INC., et al.,

    Defendants.

### ORDER DENYING MOTION FOR SANCTIONS AND SCHEDULING SETTLEMENT CONFERENCE

The Court having reviewed defendants' responses to plaintiff's first set of interrogatories and request for production of documents hereby finds that the information provided therein is adequate. Accordingly, plaintiff's Motion Requesting this Court's Intervention and Imposition of Sanctions upon Defendants, filed on January 18, 2000 (docket No. **31**) is **DENIED**. Plaintiff shall make the necessary arrangements with opposing counsel to review defendant's records.

A Settlement Conference is hereby scheduled for **February 23, 2000 at 10:30 a.m.** The parties shall attend prepared to discuss settlement in earnest. Counsel shall contact the undersigned's chambers to verify where the Conference will be held.

This Order shall be notified by **FAX** and mail.

IT IS SO ORDERED.

In San Juan, Puerto Rico, this 24th day of January, 2000.

RAYMOND L. ACOSTA
United States District Judge

AO 72
(Rev 8/82)