IN THE UNITED STATES DISTRICT COURT
DISTRICT OF PUERTO RICO

MARIA A. PEÑA-CORNELIO,

    Plaintiff,

v.                                          CIVIL NO. 98-1957 (RLA)

AUDIO VISUAL LANGUAGES OF
P.R., INC., et al.,

    Defendants.

**ORDER DENYING PLAINTIFF'S REQUEST FOR WITHDRAWAL OF COUNSEL**

    The Urgent Informative Motion filed by plaintiff's attorney on April 5, 2000, is **NOTED**.

    However, given the history of this case and Ms. PEÑA's inconsistent record regarding prosecution of her action,[1] plaintiff's request to have her attorney withdraw from this case at this late date, is **DENIED**.

    Trial in this action has been scheduled for **April 11, 2000,** since February. There is absolutely no reason why proceedings should be continued based on an arbitrary, unjustified, eleventh-hour wish to withdraw legal representation.

---

[1] This complaint was filed on August 25, 1998. On March 9, 1999, plaintiff's counsel informed the Court that he had lost contact with Ms. PEÑA and did not know her whereabouts. See docket No. 12. As a result, the Court was forced to vacate the ISC conference and stay the proceedings for approximately five months.

AO 72
(Rev 8/82)



CIVIL NO. 98-1957 (RLA)                                      Page 2

Accordingly, TRIAL shall remain on calendar as scheduled for April 11, 200, at 9:30 a.m. Failure of plaintiff to appear shall result in dismissal of her case.

IT IS SO ORDERED.

San Juan, Puerto Rico, this 7th day of April, 2000.

RAYMOND L. ACOSTA
United States District Judge