IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

MARIA A. PEÑA CORNELIO,

    Plaintiff,

v.                                                    CIVIL NO. 98-1957 (RLA)

AUDIO VISUAL LANGUAGES OF
PUERTO RICO, INC. et al.,

    Defendants.



### MINUTES OF PRETRIAL/SETTLEMENT CONFERENCE
### HELD ON APRIL 3, 2000

The parties appeared before the undersigned in chambers for a Pretrial/Settlement Conference on April 3, 2000, from 2:30 p.m. to 5:15 p.m. RAUL E. VARANDELA VELAZQUEZ, ESQ., represented plaintiff and JOSE R. FRANCO, ESQ. the defendants.

**Production of Documents**

Plaintiff's counsel informed that there were several documents that had not yet been furnished by defendants from the original Request for Production of Documents submitted to opposing counsel in September of 1999, specifically, he was still awaiting a response, in writing, as to requests Nos. 3, 5, 8, 9, 12, and 13. Accordingly, defendant was directed to provide the pertinent documents and/or certify as to their non-availability **no later than April 4, 2000.**



AO 72
(Rev 8/82)

CIVIL NO. 98-1957 (RLA)                                      Page 2

### Settlement

The Court engaged the parties in settlement discussions, to no avail. Counsel for plaintiff informed the Court that his client had raised her demand to $60,000 from her original settlement offer of $36,000 due to the additional expenses incurred in discovery and pretrial preparation. Defendants offered $8,000.

### Trial

**JURY TRIAL remains scheduled for April 11, 2000, at 9:30 a.m.**

IT IS SO ORDERED.

In San Juan, Puerto Rico, this 7th day of April, 2000.

```
                           RAYMOND L. ACOSTA
                           United States District Judge
```

AO 72
(Rev 8/82)