UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

RECEIVED & FILED
'00 APR 11 AM 9 04
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN P R

MARIA A. PEÑA-CORNELIO

V.                                    CIVIL NO. 98-1957 (RLA)

AUDIOVISUAL LANGUAGES
OF P.R., INC., et al.

O R D E R

| MOTION | RULING |
|---|---|
| Date Filed: 4/6/00  Docket # 36<br>[X] Defendant<br><br>Title: Motion Requesting Leave to File Trial Documents on April 10 | Given counsel's consistent record of late filings (see docket Nos. 3, 5, 18, 30 and 31 and 33) and lack of diligence in these proceedings (docket Nos. 22 and 29), which have warranted sanctions on at least two occasions (docket Nos. 23 and 33), this motion requesting yet another extension is hereby **DENIED**. IT IS FURTHER ORDERED that counsel is hereby SANCTIONED in the amount of $100.00 for yet another instance of non-compliance. Counsel is further admonished that failure to submit the Pretrial Brief, Jury Instructions, Voir Dire and Verdict Form in accordance with the undersigned's Standing Order by **April 10, 2000**, with copy directly to chambers, shall result in the imposition of additional sanctions. |

April 7, 2000
Date

RAYMOND L. ACOSTA
U.S. District Judge

Rec'd:     EOD:

By:     # 43