IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

MARIA PEÑA CORNELIO,

    Plaintiff,

v.                                                    CIVIL NO. 98-1957 (RLA)

AUDIO VISUAL LANGUAGES OF
PUERTO RICO, INC. et al.,

    Defendants.

## FINAL JUDGMENT

The Motion Submitting Sealed Document and Dismissing Complaint (**docket No. 46,** filed by the parties on April 19, 2000) is hereby **GRANTED.** Accordingly, it is

HEREBY ORDERED AND ADJUDGED that the Confidential Settlement Agreement and General Release filed under seal is hereby approved and its terms and conditions are hereby incorporated *in extenso;* and

IT IS FURTHER ORDERED that the above mentioned settlement agreement as well as the transcript of the settlement conference held on April 13, 2000 (docket No. 48) shall remain under seal until further order of this court; and

IT IS FURTHER ORDERED AND ADJUDGED that the complaint filed in this action be and the same is hereby DISMISSED with prejudice as to all defendants without the imposition of costs and attorneys' fees.

IT IS SO ORDERED.

In San Juan, Puerto Rico, this 26 day of April, 2000.

RAYMOND L. ACOSTA
United States District Judge

AO 72
(Rev 8/82)